KAYE v. STERN. (No. 6247.) (Supreme Court, Appellate Division, First Department. October 30, 1914.) Appeal from Appellate Term, First Department. Action by Charles Kaye against Emil Stern. From a determination of the Appellate Term, affirming a judg-

ment for plaintiff, defendant appeals. Affirmed. See, also, 144 N. Y. Supp. 160. A. B. Nathan, of New York City, for appellant. B. M. Kaye, of New York City, for respondent.

PER CURIAM. There was evidence which justified the jury in finding that the defendant made a personal promise to the plaintiff to pay the rent of the premises while he was in possession. The question as to whether or not such a promise was made was submitted to the jury, and their verdict in favor of the plaintiff was justified by the evidence. The determination of the Appellate Term must be affirmed, with costs.